United States District Court
Southern District of Texas
**ENTERED**
July 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DM ARBOR COURT, LTD., <br><br>*Plaintiff*, <br><br> v. <br><br> THE CITY OF HOUSTON, <br><br>*Defendant*. | § § § § § § § § § § § CIVIL ACTION H-18-1884 |

### ORDER

All deadlines in this matter are STAYED pending a ruling on the dispositive motion in Civil Action H-18-2468. A new scheduling order, including response deadlines will be issued after the ruling.

Signed at Houston, Texas on July 23, 2019.

_____
Gray H. Miller
Senior United States District Judge