UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DM ARBOR COURT, LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-1884 |
| | § | |
| THE CITY OF HOUSTON, | § | |
| | § | |
| *Defendant*. | § | |

### AMENDED FINAL JUDGMENT

Pursuant to the court's order signed November 13, 2019 (Dkt. 79), Arbor Court's motion to amend (Dkt. 61) is **DENIED**, and the City's motion to dismiss (Dkt. 26) is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE**.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on November 13, 2019.

_____
Gray H. Miller
Senior United States District Judge