United States District Court
Southern District of Texas
**ENTERED**
August 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DM ARBOR COURT, LTD., § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-cv-1884 |
| § § | |
| THE CITY OF HOUSTON, § § | |
| Defendant. § § | |

## ORDER

Before the Court is Defendant's Amended Bill of Costs. (ECF No. 319). Plaintiff has filed objections to the Bill of Costs. (ECF No. 321). In its discretion, the Court defers deciding this matter until resolution of any appeals to the United States Court of Appeals.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18th day of August, 2023.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1