United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DM ARBOR COURT, LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:18-CV-01884 |
| | § | |
| THE CITY OF HOUSTON, TEXAS | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ON UNOPPOSED MOTION FOR STATUS AND
### SCHEDULING CONFERENCE

The Court, having reviewed Plaintiff's unopposed motion for a status and scheduling conference and the arguments contained therein, finds that the request is appropriate and **GRANTS** said motion.

It is **ORDERED** that the Parties attend a Rule 16 status and scheduling conference on December 5, 2025 at 11:30 AM.

Signed this __18th__ day of ___November___, 2025.

Alfred H. Bennett
United States District Judge