IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DM ARBOR COURT, LTD., | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. 4:18-CV-01884 |
| THE CITY OF HOUSTON, TEXAS | § § § | |
| *Defendant.* | § § | |

**PLAINTIFF'S UNOPPOSED MOTION TO CANCEL STATUS CONFERENCE AND FOR CLARIFICATION ON SCHEDULING**

On December 5, 2026, the parties appeared before the Court for a Rule 16 status and scheduling conference.

The Court ordered the parties to update their disclosures on damages, respond by email with availability on either March 18th-19th or March 23rd-24th for a contested final hearing or trial on the open damages issues, and to affirm their positions regarding a potential mediation order.

Both Plaintiff and Defendant timely notified the Court of their willingness to mediate with either of the two mediators suggested by the Court: Judge Robert Schaffer or Judge Mike Miller, and confirmed mutual availability for the final hearing or trial on March 23rd-24th.

The Court also instructed the parties to appear on January 30, 2026, if Plaintiff DM Arbor Court desired to pursue discovery of an appraisal and briefed the issue 5 days prior to January 30th. Plaintiff DM Arbor Court will not be pursuing that discovery and no longer requires a hearing for the Court to address the same. Accordingly, with the City's concurrence, Plaintiff DM Arbor Court moves the Court to cancel the January 30, 2026 status conference.

The parties jointly seek clarification from the Court confirming the final hearing or trial date, and any orders requiring mediation and the timing of the same. As an aside, Plaintiff DM Arbor Court anticipates completing its updated disclosures by not later than January 30th.

/s/
Mark E. Donnelly
Parker Sanchez & Donnelly, PLLC
Texas State Bar No. 24032134
SDTX Admission 1044311
700 Louisiana, Suite 2700
Houston, Texas 77002
(713) 659-7202
Mark@PSD.law
(214) 265-1537 facsimile

Aaron M. Streett
Texas State Bar No. 24037561
SDTX Admission No. 732596
Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002
(713) 229-1855
(713) 229-7855 (Facsimile)
aaron.streett@bakerbotts.com

Robert L. Chaiken
Texas State Bar No. 04057830
SDTX Admission No. 23225
Chaiken & Chaiken, P.C.
5717 Legacy Dr., Suite 250
Plano, Texas 75024
(214) 265-0250
(214) 265-1537 (Facsimile)
rchaiken@chaikenlaw.com

Kenneth B. Chaiken
State Bar No. 04057800
SDTX Admission No. 21390
Marquis Group
4445 Buena Vista Street
Dallas, TX 75205

**PLAINTIFF'S MOTION TO CANCEL HEARING AND FOR SCHEDULING ORDER**               2

(972) 732-1155
kchaiken@marquisgroup.net
**ATTORNEYS FOR PLAINTIFF
DM ARBOR COURT, LTD.**

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 21st day of January 2026, counsel for Defendant confirmed the City's agreement to the foregoing motion and request for clarification and scheduling. The City's attorneys advised that the City was amenable to the request.

/s/
Mark E. Donnelly

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon counsel for Defendant on the 23rd day of January 2026.

/s/
Mark E. Donnelly