IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DM ARBOR COURT, LTD.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No.: 4:18-cv-01884 |
| **CITY OF HOUSTON, TEXAS,** | § § § | |
| *Defendant.* | § | |

### JOINT EMERGENCY MOTION FOR STATUS CONFERENCE

Plaintiff DM Arbor Court, Ltd. ("Arbor Court") and Defendant City of Houston, Texas (the "City"; and, collectively, the "Parties") file this Joint Emergency Motion for a Status Conference (the "Motion"), and respectfully state the following in support:

1. The City's counsel contacted DMAC's counsel on March 3rd to advise that the City had just learned that its valuation expert, Joseph Torzewski, lost his son.

2. It currently is unclear whether Mr. Torzewski will be available to testify at the hearing currently scheduled for March 23 and 24, 2026.

3. The parties have agreed to the filing of this joint emergency motion for a status conference, alerting the Court to the situation and advising that the parties jointly seek the Court's guidance about the path forward to resolving this case under the circumstances at hand. Pending that status conference, the parties are in discussions about whether there is an agreed path forward.

### PRAYER

WHEREFORE, the Parties respectfully request that the Court grant the Parties' joint request for a status conference as soon as practicable.

1

Dated March 3, 2026				Respectfully submitted,

                                                 By:	*/s/ Kate David*
			Ben Stephens
			State Bar No. 24098472
			Ben.Stephens@huschblackwell.com
			Kate David
			State Bar No. 24045749
			Kate.David@huschblackwell.com
			Nick Stepp
			State Bar No. 24077701
			Nick.Stepp@huschblackwell.com
			**HUSCH BLACKWELL LLP**
			600 Travis Street, Suite 2350
			Houston, Texas 77002
			T (713) 647-6800
			F (713) 647-6884

			*/s/ Kenneth Soh*
			Kenneth Soh
			Senior Assistant City Attorney
			State Bar No. 00794670
			**City of Houston Legal Department**
			900 Bagby, 4th Floor
			Houston, Texas 77002
			T (832) 393-6475
			F (832) 393-6259
			Kenneth.Soh@houstontx.gov

			**ATTORNEYS FOR THE CITY**

2

-and-

*/s/ Kenneth B. Chaiken (w/ permission)*
Mark E. Donnelly
Parker Sanchez & Donnelly, PLLC
Texas State Bar No. 24032134
SDTX Admission 1044311
700 Louisiana, Suite 2700
Houston, Texas 77002
(713) 659-7202
Mark@PSD.law
(214) 265-1537 facsimile

Aaron M. Streett
Texas State Bar No. 24037561
SDTX Admission No. 732596
Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002
(713) 229-1855
(713) 229-7855 (Facsimile)
aaron.streett@bakerbotts.com

Robert L. Chaiken
Texas State Bar No. 04057830
SDTX Admission No. 23225
Chaiken & Chaiken, P.C.
5717 Legacy Dr., Suite 250
Plano, Texas 75024
(214) 265-0250
(214) 265-1537 (Facsimile)
rchaiken@chaikenlaw.com

Kenneth B. Chaiken
State Bar No. 04057800
SDTX Admission No. 21390
Marquis Group
4445 Buena Vista Street
Dallas, TX 75205
(972) 732-1155
kchaiken@marquisgroup.net

**ATTORNEYS FOR PLAINTIFF DM ARBOR COURT, LTD.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was electronically served on all parties having appeared in this matter via the CM/ECF Filing system on March 3, 2026.

                                      */s/ Ben Stephens*
                                      Ben Stephens