IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DM ARBOR COURT, LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.: 4:18-cv-01884 |
| | § | |
| CITY OF HOUSTON, TEXAS, | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT CITY OF HOUSTON'S MOTION FOR CONTINUANCE**

Defendant City of Houston, Texas (the "City") files this Motion for Continuance of the upcoming hearing, currently scheduled for March 23 and 24, 2026. In support, the City would show as follows:

1. The City's valuation expert is Joseph Torzewski. Mr. Torzewski lost his son unexpectedly on February 19, 2026.[1] Since that time, Mr. Torzewski has been attending to his family.

2. Since the parties filed a joint request for an emergency status conference to address this issue (Doc. No. 355), the City's counsel has learned Mr. Torzewski currently anticipates returning to work during the week of March 16, 2026.

3. The Court has allocated two days for a contested post-remand hearing on March 23 and 24, 2026.

4. To allow Mr. Torzewski time to get back up to speed, and for the City's lawyers to meet with and prepare with Mr. Torzewski for the hearing, the City requests a continuance of the

---

[1] https://www.dignitymemorial.com/obituaries/kingwood-tx/brandon-parker-12756325

1

post-remand hearing, for no less than four weeks from the current setting (i.e., no sooner than April 23, 2026).

5.  The City understands that Plaintiff's counsel is not generally opposed to a brief continuance, and will further explain their position at the status conference set for March 13, 2026.

6.  Other than this request for a continuance of the March 23 and 24 hearing, the City currently has no other matters to discuss with the Court at the March 13 status conference.

## **PRAYER**

WHEREFORE, the City respectfully requests that the Court grant the City's Motion for Continuance, and reset the contested hearing in this case for a date not sooner than April 23, 2026.

*-Signatures follow-*

Dated March 9, 2026 Respectfully submitted,

By:   */s/ Ben Stephens*
Ben Stephens
State Bar No. 24098472
Ben.Stephens@huschblackwell.com
Kate David
State Bar No. 24045749
Kate.David@huschblackwell.com
Nick Stepp
State Bar No. 24077701
Nick.Stepp@huschblackwell.com
**HUSCH BLACKWELL LLP**
600 Travis Street, Suite 2350
Houston, Texas 77002
T (713) 647-6800
F (713) 647-6884

*/s/ Kenneth Soh*
Kenneth Soh
Senior Assistant City Attorney
State Bar No. 00794670
**City of Houston Legal Department**
900 Bagby, 4th Floor
Houston, Texas 77002
T (832) 393-6475
F (832) 393-6259
Kenneth.Soh@houstontx.gov

**ATTORNEYS FOR THE CITY**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically served on all parties having appeared in this matter via the CM/ECF Filing system on March 9, 2026.

*/s/ Ben Stephens*
Ben Stephens

**CERTIFICATE OF CONFERENCE**

I certify that on March 9, 2026, the undersigned discussed this request with counsel for Plaintiff via a Teams call, who to the best of the undersigned's understanding indicated that they were neither opposed nor unopposed to the request for a continuance, but would explain their position to the Court further at the upcoming status conference on March 13, 2026.

*/s/ Ben Stephens*
Ben Stephens
